McDANIEL *v.* THE LISHOLT ET AL.

No. 424.  Decided March 2, 1959.

*C. Dickerman Williams* for petitioner.

*James M. Estabrook* and *Francis X. Byrn* for respondent A/S Lise.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment of the United States Court of Appeals for the Second Circuit is vacated.  The case is remanded to the District Court for a new trial in light of *Kermarec* v. *Compagnie Generale Transatlantique,* 358 U. S. 625.